OPINION — AG — ** ENFORCEMENT OF OCCUPATIONAL HEALTH AND SAFETY STANDARDS ** THE DEPARTMENT OF LABOR HAS THE AUTHORITY AND DUTY TO ENFORCE THE PROVISIONS OF THE OKLAHOMA OCCUPATIONAL HEALTH AND SAFETY STANDARDS OF 1970 AGAINST THE OKLAHOMA TURNPIKE AUTHORITY. CITE: 40 O.S. 1971 401 [40-401] THRU 40 O.S. 1971 424 [40-424] [40-424], 40 O.S. 1971 402 [40-402](A) 69 O.S. 1971 1703 [69-1703](A) (JAMES H. GRAY)